### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RICHARD BLOCK**                                                                                        **PLAINTIFF**

**v.**                                        **Case No. 4:22-cv-00188-KGB**

**MARK GOBER,** *et al.*                                                                       **DEFENDANTS**

### ORDER

Before the Court are the Proposed Findings and Recommendations of United States Magistrate Judge Jerome T. Kearney (Dkt. No. 15). Plaintiff Richard Block has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects (*Id.*). Mr. Block's complaint is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this the 9th day of July, 2024.

Kristine G. Baker
Chief United States District Judge