**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**RICHARD BLOCK**                                                                         **PLAINTIFF**

**v.**                                            **Case No. 4:22-cv-00188-KGB**

**MARK GOBER,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff's complaint is dismissed without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this the 9th day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge